**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**_____ DIVISION**

JUN 0 1 2006

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

CASE NO. _____

5:06CJ00144

JH/HOY

I.    Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: Fredrick Pennington, Jr
      ADC # 71305

      Address: P.O. Box 600, Grady, Ark, 71677

      Name of plaintiff: _____
      ADC # _____

      This case assigned to District Judge Howard
      and to Magistrate Judge Deeng

      Address: _____

      Name of plaintiff: _____
      ADC # _____

      Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: Wendy Kelly
      Position: Deputy Director
      Place of employment: Ark Dept Of correction, Central office
      Address: P.O. Box 8707, Pine Bluff, Ark, 71611
      Name of defendant: Ray Hobbs, Deputy Director
      Position: Deputy Director
      Place of employment: Ark Dept of correction central office

Address: _P.O. Box 8707_

Name of defendant(s) _Grant Harris, and Kim Luckett_

Position: _Warden and Assistant Warden_

Place of employment: _Varner and Varner Supermax_

Address: _P.O. Box 600, Grady, Ark, 71644_

Name of defendant: _C.M.S Health Care Provider_

Position: _Health Care Provider_

Place of employment: _Ark Dept Of Correction_

Address: _P.O. Box 8707, Pine Bluff, Ark, 71611_

Additional Defendants
Continued on Attached
Sheets

II.   Are you suing the defendants in:

☑  official capacity only
☐  personal capacity only
☐  both official and personal capacity

III.  Previous lawsuits

A   Have you begun other lawsuits in state or federal court dealing with the same   facts involved in this action?

Yes ✓  No

B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is  more than one lawsuit, describe the additional lawsuits on another piece of  paper, using the same outline.)

☐  Parties to the previous lawsuit:

Plaintiffs: _Frederick Pennall Otis, Jr._

Defendants: _South West Regional Hospital_
_et al_

2

☐   Court (if federal court, name the district; if state court, name the county): _Eastern District of Arkansas_

☐   Docket Number: _5:06 - CV - 00058_

☐   Name of judge to whom case was assigned: _Henry L. Jones and William R. Wilson_

☐   Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Appealed._

☐   Approximate date of filing lawsuit: _March 8, 2006_

☐   Approximate date of disposition: _Appeal Pending_

IV.   Place of present confinement: _Varner Super Max, Arkansas Department of Correction_

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
      explain: _____

_____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✓_   No ___

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ___✓___  No _____

If not, why? _____

---

VII.    Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have hepatitis C and have not received any medical treatment since I contracted the disease in 1998 although I've constantly tried to receive treatment for my sickness. I'm dying from the sickness of Hepatitis C because I have not received any treatment. I was taken to the Southwest Regional Hospital on March 3, 2006 and given a biopsy, ultra sound, and struck twice in my liver and was not given any medicine for Hepatitis C or the pain that I suffered. I was told that I would be taken back to the southwest Regional Hospital in two weeks and be out of the Hospital a long time for the treatment that I would receive by Dr. Chumley

continued on following page and attached pages

Additional Defendants

Name of Defendants

Lt. Ivey and another civilian

John Doe officer

Position correctional officers

Place of Employments: Pine Bluff Diagnostic

Address P.O. Box 8707, Pine Bluff, Ark 71611

Name of Defendants

Officers, Sgt. Buxton and Sgt. Beatty

Position Sargents, correctional officers

Place of Employments Pine Bluff Diagnostic

Address: P.O. Box 8707, Pine Bluff, Ark, 71611

Name of Defendants

Southwest Regional Hospital, 1 John

Doe Doctor, 1 Emergency Room Receptionist,

Registered Nurse Shannon, Cathy, and

two other John Doe Nurses assign to

Radiology, and Dana, The Ultra sound

Technician, All of the Southwest Regional

Hospital, Little Rock, Ark.

Name of Defendant

Dr. Otis T. Gorden and A.P.N Joe Lobbs

Position Doctor and Assistant Practioner Nurse

Place of Employment. Doctors office and Jefferson

Regional medical center

1600 W. 40 Ave

Pine Bluff, Ark. 71603

*umd Sgt. morris. When I was at the south
west Regional Hospital officer Ivy and the
continued*

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite
no cases or statutes.

*Trial by jury, Enjunction Reliff, Court
wof, Attorney Fees, $25 Million for
compansatory damages, and $25 Mill-
ion for Punitive Damages*

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __17th__ day of __May__ , 20 __06__

_____

_____
Signature(s) of plaintiff(s)

another John Doe Penal Correctional Officer
assign at the Southwest Regional Hospital
from the Pine Bluff Diagnostic unit for
security at the Hospital for inmates that
were receiving Medical treatment for
Hepatitis C

After I talk to R.N. Shannon and Cathy
in Radiology, after I signed the committ-
ment order in the Emergency room,
and enter Radiology and R.N. Shannon drew
my Blood, I read and sign some
papers, and told the nurses that I
wanted to talk to the doctor before I
signed the papers for the I.V.
After I talk with R.N. Shannon and
Cathy, I told them that I would
sign the papers and allowed them
to start the I.V.
Registered Nurse R.N. Shannon tried
to administer the I.V. and stuck
me three times and had to get

assistant from R.N. Cathy. The nurses were walking around, and sgt. Channey. Sgt. morris, and the other civilian correctionary officer was talking, and then officer Ivy came in and we all were talking and getting with the situation, familure with the situation in the Hospital in Little Rock, Ark. I then was talking with the nurses and Dema, the ultra sound technician, dressed in red came in the room, Radiology. I talk with her, and She told me that She was taking me in the ultra sound Room. She began to roll me in the ultra sound Room, but before She rolled me out, there was some confusion if I was to Stay at the hospital. Sgt. Channey asked another nurse was I suppose to Stay at the Hospital, and She was unsure, and then said, you'll can take him

2

back

While Downs was rolling me into
Radiology. She said that She was
having difficulty taking me to the
ultra sound room by rolling the stret-
cher down the hall. I talk with
her and encouraged her to push
the Stretcher on down the hall of
the hospital, and Sgt. Chaney follow-
ed behind us.

Once we entered the Radiology I
saw several patients assign to the
hospital that was receiving treatment
for hepatitis c, there was two
very sick Patients, and I saw another
inmate that look like Jack Wilkerson
who was going through a lot of
pain and look like he was dying
from hepatitis c, or the lung transplant,
or the treatment that he was re-
ceiving. The John Doe civilian clothes

3

Family correctional officer witnessed the inmate dying and the pain that he was suffering

Hepatitis C is a dangerous sickness and can cause the spread of Liver Desease, and cause you to have Cancer, and die, or have a lung, Kidney, Liver, or heart cancer, desease, or transplant.

I need my medical treatment and I know in my heart and mind I should have stayed at the south west Regional Hospital for a year from the March 3, 2006 date that I was taken to the hospital to prevent my sickness from killing me, or having a heart, Liver, Kidney, or lung transplant or worse stage of the desease. I know my sickness is getting worse and I might be dieing because I have not got my

4

medical treatment for hepatitis C.

In the ultra sound Room the machine
drew my liver up on the computer
screen.

I talk with Donna, then I talk
with Sgt. chenney abouth the proced-
ure. I then talk with the doctor.
He then asked me about Dr. Stafford
by asking who was my doctor at
the unit, and I told him Dr. Ahmed.
He told me that infection could
set in my liver.

The doctor then start drawing
a spot on my right side, and
I began to think of a vacinat-
ion I got when I was a
child, and that is when the doctor
stuck me with one of the instru-
ments that he had in his
hands. He then said, One more like
that will to do it, and I said

5

yeah, you right.

Sgt Morris relieved Sgt. Chaney and
gave him some food Sgt Chaney
Stepped out the room. the R.N.
Cathy then said we better take
him and give him some lunch.
R.N. Cathy push my Stretcher
rolled my Stretcher back in Radio—
logy followed by Sgt. Morris
one we got back in Radiology.
R.N. Cathy gave me my lunch,
and a soft drink.
I told the R.N.s that I was
in pain
Channon, and Cathy walked off,
and I told the R.N. that
came on the 3 to 11 Shift that
I was in pain, and needed
some medication to Stop the
pain She said that I could
not have any medicine. I then

6

told Sgt Channey that I was in pain
and I need some medication to stop
the pain. The other inmate was dieing
from his sickness of hepatitis c and
they was giving him demerol for his
pain. He may be dead by now from
what I saw.

Sgt. Morris, and the other John Doe
correctional officer in civilian clothes
were sitting by Sgt. Channey when I
told him that I was in pain and
needed some medication to stop the
pain.

Sgt. Channey told me not to think
about the pain

A little later the R.N. that denied
me my medication told me to get
in a wheel chair and rolled me
out to the van.

I returned back to the prison,
and I have not received any

7

medication for hepatitis c even though
I've been in pain and requested the
treatment, and been to sick call several
times and notified medical workers
and correctional Officers at the prison
that I'm sick

On may 9, 2006 I was taken to
the Doctors Office that's hooked on
to Jefferson Regional medical center
in Pine Bluff, Ark. and denied my
Medical treatment for hepatitis c be-
cause after I talk with A.P.N. Joe
cobbs, and during the conversation
with Dr. Otis T. Gordon, he said
that I did not have H.I.V, Hepatitis
B, and that my medical file said
that I had a thyroid problem, and
that he would begin my medical
treatment for a year up at the
Doctors office and the Jefferson Regional

8

medical center J.R.M.C. soon as they cleared up the thyroid problem. Dr. Gordon said that he wanted to start my treatment on may 4, 2006, but after reading my medical file I was sent back to the prison. The Jefferson Regional medical center and the doctors office is well advanced to charge and treat any illness that I had or was documented in my medical file.

Dr. Gordon said that he would start my treatment.

I was not told by any correctional officer or medical worker at any hospital or prison infirmary that I had a thyroid problem.

I need to be committed in a hospital for my medical treatment to prevent myself from dying.

9

The Nurse, Lambert said that I
was sick and that I Would be re-
ceiving my medical treatment but I
have not got any medicine as of the
filing of this complaint. Please order
that I get my medical treatment at
a hospital and that I'm going true
diagnosis of what I need my medical
treatment for.

Claim II

I have hepatitis c and the cages
that they use as a recreation area
for the inmates in the varner Super
Max is filthy, and contaminated with
bird droppings, lice, mites, and filth.
It can infect me and cause me
to worsen in my hepatitis c and
the spread of Liver Descase, or one
of the other internal organs to be-

come infected.

I should be given a more cleaner and safer environment and recreation area to prevent the spread of sickness and disease

I also have asthma, and need a open yard for recreation. There is one right beside 6 cellblocks in the supermax and should be made available to the inmates at the Varner supermax

I can also contact west nile disease from the mosquitoes that inhabit the cages that are used for a yard recreation area. They should open the yard for the inmates in supermax that's beside 6 cellblocks in the supermax, or tear down the cages in the back of the supermax,

11

and make a proper open odore free
out door yard

In that my life is in danger from
the sickness of hepatitis C I must
be granted to proceed on my lawsuit
under the imminent danger of a serious
physical injury. Section 807 (d) Adding
a new subsection, to be codified at
28 U.S.C. § 1915(g). See section D
of the Prison Litigation Reform Act
P.L.R.A of this form included, and
attached grievances G.N. VSM 06-00536,
and VSM 05-02 490.

The United States District court for
the Eastern District of Arkansas
must grant permission to proceed in
forma pauperis 28 U.S.C. § 1915(g),
and allow me to proceed with out
prepay ment of fees in this case
because of the imminent danger of
a serious injury, and because at this

point 1 suffered malpractice, a depriv-
iation of a serious medical need, and
to unhealth environments, living condit-
ions, and denied the proper medical
treatment that I'm entitled,

Dr. Otis T. Gordon and A.P.N
Joa Lobbs of the Doctors
office and Jefferson Regional
medical center in Pine Bl-
uff, and independent Med-
ical Experts from U.A.M.S
Should be contact for
Expert medical witnesses.

Fredrick Pennington Jr.

INMATE NAME     Frederick Pennington     071305     VSM-05-02490
                                     ADC#          GRIEVANCE #

# **DEPUTY/ASSISTANT DIRECTOR'S DECISION**

I have reviewed your grievance (Att.1A) dated 12-22-05 in which you state, "The inmates have an open yard outside that the inmates should be permitted to use for proper recreation facility and to prevent disease infection and contamination from the infestation of bird droppings, insects, bugs and or lice that that inhabit on birds. Inmate should not have to a single man cage that is inhabited by the contamination of bugs and bird's insects, and bird waste and infestation." I have also reviewed the Warden's Response, your appeal to this office and Sgt. Taylor's statement.

Based upon my review your complaint was appropriately addressed at the Unit level and I concur with the response given.

Appeal denied.

SIGNATURE                                  5-9-06
                                                                                   DATE

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court must dismiss your case without notice. You shall also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

## GRIEVANCE FORM - (Attachment 1A)

| FOR OFFICE USE ONLY |
| --- |
| Grv. # _USM05-02490_ |
| Date Received _12-30-05_ |
| Grievance Code: _504_ |

UNIT/CENTER __V. S. M.__

PLEASE PRINT
Name __Fredrick Pennington, Jr__ ADC# _071305_ Brks _603_ Job Assignment __Und__

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?  Yes _____ No _____

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

### THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

__Informal Action Taken__

Have you discussed this problem with your designated problem-solver? Yes ___ No _✓_ If yes, give date _____

Why do you feel the informal resolution was unsuccessful? _The problem solver_
_never answered the informal resolution, as_
_returned it. The Deputy Director Ray Hobbs_
_should order the warden to allow inmates on the yard._

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, __dates__, places, personnel involved, how **you** were affected and what you want to resolve the issue. __One issue__ or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_The inmates have an open yard outside but_
_the inmates should be permitted to use for_
_proper recreation facility and to prevent_
_disease, infection, and contamination from_
_the infestation of bird droppings, insects,_
_bugs, and or lice that that inhabit on_
_birds. Inmate should not have to a_
_single man cage that is inhabited by_
_the contamination of bugs and, birds, in-_
_sects, and bird waste and infestation_

IS THIS AN EMERGENCY SITUATION? YES _✓_ NO ___ If yes, why? _the single man bird_
_cages are filthy and infested and a health hazard._

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

_Fredrick Pennington Jr_ ___ MAR 07 2006 _12-22-05_
INMATE SIGNATURE                                DATE

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING
RECEIVED

**(TO BE FILLED OUT BY THE RECEIVING OFFICER)**
### RECEIPT FOR EMERGENCY SITUATIONS

OFFICER (Please Print) _Roberson_

Signature _____

FROM WHICH INMATE? _F. Pennington_ ADC# _071305_

DATE: _12/30/05_         TIME: _10:53 AM_

## INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER _____

USM05-02190
12-30-05

PLEASE PRINT
Name _____ ADC# _____ Brks ____ Job Assignment _____
504

IS THIS AN EMERGENCY SITUATION? YES ___ NO ___ If yes, why? _____

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

_The Problem Evec_
_____
_____
_____
_____
_____
_____
_____
_____

Inmate Signature                                          Date

---

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

### STAFF RECEIPT AND ACTION TAKEN

_____

PRINT STAFF NAME (PROBLEM SOLVER)         Staff Code         Staff Signature / Date Received

Was this deemed an emergency? Yes _____ No _____

Was there a need to contact medical? Yes _____ No _____ If yes, give name of person contacted? _____

Describe action taken to resolve complaint, including dates. _____

_____
_____
_____

Was issue resolved? Yes _____ No _____    Does inmate agree that issue was resolved? Yes _____ No _____

**RECEIVED**

_____
Staff Signature/Date                    Inmate Signature/Date

MAR 07 2006

DISTRIBUTION: YELLOW – Inmate Receipt        INMATE GRIEVANCE SUPERVISOR

(AFTER COMPLETION) PINK – Problem Solver Copy    ADMINISTRATION BUILDING

ORIGINAL – Given back to the Inmate After Completion                810-00

INMATE NAME: Pennington, Frederick    ADC #: 071305A  GRIEVANCE #: <u>VSM05-02490</u>

## WARDEN'S/CENTER SUPERVISOR'S DECISION

In Response To Your Grievance: Sgt Taylor advises that the recreation facility is cleaned approximately 3 times per week. The recreation yard is outside, there will be birds and insects in that area. Therefore, I find no merit in your grievance.

| | | |
|---|---|---|
| Signature of ARO or Warden's/Supervisor's Designee | Title | 2-27-06 |
| | | Date |

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five days by filling in the information requested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind that you are appealing the decision to the original complaint. Do not list additional issues which are not part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE? *There is a large fenced in area right next to the super max that should be used for the supermax yard because super max and admin seg are segregation, and death row inmates must be given a outside recreation yard that does not pose a health hazard as the 1 man called in fested bug area in the back of the super max. It is unhealth and out lets everybody to lie, and other smell insults that inhabit birds.*

Inmate Signature *Frederick Pennington*    ADC# 05    Date 06

**RECEIVED**

MAR 0 7 2006
INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

# ACKNOWLEDGMENT OF GRIEVANCE

TO:   Inmate <u>Pennington, Fredrick</u> ADC# <u>071305</u>  Unit<u> Varner Supermax</u>

FROM:  Wendy Kelley, Deputy Director

RE:   Receipt of Grievance <u>VSM06-00536</u>

DATE:  <u>April 19, 2006</u>

Please be advised, the appeal of your grievance dated <u>3/5/06</u>
      was received in my office on this date <u>4/17/06</u>

You will receive a response from this office by   <u>5/29/06</u>

    **OR**

☐ This grievance is being returned to you because the time allowed for appeal has expired

☐ This grievance is being returned to you because you have not attached
    ☐ the informal resolution (Attachment 1)
    ☐ the original grievance form (Attachment 1a)
    ☐ the Warden's/Center Supervisor's Decision (Attachment 2)
    ☐ the Infirmary Response and/or the Mental Health Response
    ☐ a clear statement of appeal (Back of Attachment 2)
  Return your grievance with the checked items if you wish to continue the appeal process.

UM0e-0056
OJ-10-06

## INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER _V.S.M._

PLEASE PRINT
Name _Frederick Pennington_ ADC# _0713-05_ Brks _635_ Job Assignment _4.9_

IS THIS AN EMERGENCY SITUATION? YES ✓ NO ___ If yes, why? _the nurse notifid
Sgt Gibson and security to place me in the infirmary._

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.'

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

_I'm writing this informal resolution because
several c.m's Health care providers and
Prison officers and employers conspiring to
pressure the medical staff at South
West Regional Hospital in Little Rock, Ark
to pre-maturely release me from the Hos-
pital after my ultra sound Biopsy without
giving me any medication to prevent
infection, internal bleeding from my liver
and side, and pain, and placed me in a
segregated cell after being not in battle._

_Frederick Pennington Jr._                    _March 5, 2006_
Inmate Signature                                    Date

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

### STAFF RECEIPT AND ACTION TAKEN

_Lt. M. Cobb   3-6-06_

PRINT STAFF NAME (PROBLEM SOLVER)          Staff Code          Staff Signature / Date Received

Was this deemed an emergency?   Yes ____   No ____

Was there a need to contact  medical?  Yes ____   No ✓   If yes, give name of person contacted? _____

Describe action taken to resolve complaint, including dates. _it's not up to you weather or not you
stay in the hospital or the infirmary would your doctor makes
that decision_

Was issue resolved? Yes ✓ No ____          Does inmate agree that issue was resolved? Yes ____ No ✓

_Lt. M. Cobb   3-6-06_                              _Frederick Pennington_
Staff Signature/Date                                    Inmate Signature/Date
                                                          _3-9-06_

**DISTRIBUTION: YELLOW** – Inmate Receipt

**(AFTER COMPLETION)   PINK** – Problem Solver Copy    **BLUE** – Grievance Officer

**ORIGINAL** – Given back to the Inmate After Completion

810-00

## GRIEVANCE FORM - (Attachment 1A)

UNIT/CENTER ___V.S.m.___

FOR OFFICE USE ONLY

Grv. # __USM06-00536__

Date Received __03-10-06__

Grievance Code: __600__

**PLEASE PRINT**
Name _Frederick Pennington_ ADC# _371305_ Brks _635_ Job Assignment _4-A_
IS THIS GRIEVANCE A MEDICAL GRIEVANCE?   Yes __✓__   No _____

*******************************************************************************************

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

### THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes __   No _✓_ If yes, give date _3-8-06_

Why do you feel the informal resolution was unsuccessful? _On Monday march 6, 2006 I_
_gave Lt. Cobbs 2 informa resolutions when She pass my_
_cell reading with Mr. Allen. on march 8,2006  when_
_she worked on I-Hyad to call her and got them. To no Avail._

*******************************************************************************************

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

_I'm writing this informy resolution because several_
_came Health care providers and prison officials,_
_and imployees conspired to preserd the med-_
_ical staff at south west Regional Hospital in_
_Little Rock, Ark to prematurely release me from_
_the hospital after my inltre serind Biopsy with-_
_out giving de my Iny medication to prevent_
_infection, internal bleeding foem my liver and_
_side and pain, and plud me in a segregated_
_cell after being notified better._

IS THIS AN EMERGENCY SITUATION? YES _✓_ NO ___ If yes, why? _I Should have been_
_plused in a hospital and given proper medical trurtment_

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. **REPRISALS:** If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

_Frederick Pennington Jr._                            _3-5-06_
**INMATE SIGNATURE**                                      **DATE**

RECEIVED THE
OFFICE OF THE
INVESTIGATOR

APR 17 2006

(TO BE FILLED OUT BY THE RECEIVING OFFICER)

**RECEIPT FOR EMERGENCY SITUATIONS**

HEALTH & CORRECTIONAL PROGS.

OFFICER (Please Print) _S. Jackson_   Signature: _____

FROM WHICH INMATE? _F. Pennington Jr_ ADC# _71305_

DATE: _3/60/06_   TIME: _6:15am_

8.1C

INMATE NAME: <u>Pennington, Frederick</u>  ADC #: <u>071305A</u> GRIEVANCE #: <u>VSM06-00536</u>

### WARDEN'S/CENTER SUPERVISOR'S DECISION

Your Grievance Was Received On 03-10-06
I have determined that your grievance is a medical matter. I have forwarded your grievance to
the Medical Administrator who will provide a written response, and/or will interview you within
twenty working days of the date I received your grievance. Should you receive no response
within this time frame, or the response that you received is unsatisfactory, you may appeal to the
Deputy Director for Health and Correctional Programs. If you have medical needs that you
believe are urgent, put in a Sick Call Request, or send a Request for an interview to the Medical
Administrator.

| | | |
|---|---|---|
| _____ | _____ | 3-14-06 |
| Signature of ARO or | Title | Date |
| Warden's/Supervisor's Designee | | |

RECEIVED
OFFICE OF THE
INVESTIGATOR

APR 17 2006

HEALTH & CORRECTIONAL PROGS
DEPT. OF CORRECTION

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five days by
filling in the information requested below and mailing it to the appropriate Deputy/Assistant
Director. Keep in mind that you are appealing the decision to the original complaint. Do not list
additional issues which are not part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE? On April 11, 2006 I
receive the response from LMS. I had a ultra
sound biopsy at south west Regional Hospital.
I was sent back before the test was completed
without any medication to prevent infection, pain,
or any bleeding or my Hepatois C-1(a). There were
patients on the Hospital with the same condition
as I, and are still in the Hospital. I should
have stayed in the hospital to all my test and
medications were complete and issued. I was
told my liver is infected and that I do need
medical treatment.  That have been scheduled.

| | | |
|---|---|---|
| _____ | _____ | 4-11-06 |
| Inmate Signature | ADC# | Date |

## CMS GRIEVANCE RESPONSE

GRIEVANCE#: VSM06-00536

| **INMATE:** Pennington, Frederick | **ADC#:** 071305 | **DOB:** 08/23/1961 |
|---|---|---|
| **Facility:** Varner Super Max [F02] | | **Barracks:** CB05 |
| **Grv. Date:** 03/10/2006 | **Date Infirmary Recd:** 03/20/2006 | **Response Date:** 03/31/2006 |

**Interview:** Required ◉   Deferred ○

**Inmate's Complaints: (Code:)**
Denial of Treatment (601) Should have stayed in the hostipal for proper treatment.

**Responses:**
In reviewing your medical record ,it indicates that you were scheduled for a Liver Biopsy on 3/03/06 at South West Hospital,as out patient.There was no documentation of where you were to stay in the hospital for any treatment on 3/03/06.Your Liver Biopsy report was reviewed by Dr. Ahmed and a consult was submitted for Gastroenterology on 3/30/06.Your consult is pending for approval.Mrs Hubbard reviewed the biopsy report with you on 4/03/06 ,with no new problems .

**Recommendations:**
Waiting approval of consult.

_Laura M Estes, Stratton RN, HSA_   3/3//06

Responding Staff                                    Date

**Follow Up Required?:**   Yes ◉   No ○

RECEIVED
OFFICE OF THE
INVESTIGATOR

APR 17 2006

HEALTH & CORRECTIONAL PROGS.
AR DEPT. OF CORRECTION

# ACKNOWLEDGMENT OF GRIEVANCE

TO:         Inmate <u>Pennington, Fredrick</u>    ADC# <u>71305</u>      Unit <u>Varner Supermax</u>

FROM:     Wendy Kelley, Deputy Director

RE:         Receipt of Grievance  <u>VSM06-00855</u>

DATE:     <u>May 8, 2006</u>

Please be advised, the appeal of your grievance dated <u>4/16/06</u>
                was received in my office on this date <u>5/8/06</u>

You will receive a response from this office by          <u>6/16/06</u>

### OR

☐   This grievance is being returned to you because the time allowed for appeal has expired

☐   This grievance is being returned to you because you have not attached
    ☐ the informal resolution (Attachment 1)
    ☐ the original grievance form (Attachment 1a)
    ☐ the Warden's/Center Supervisor's Decision (Attachment 2)
    ☐ the Infirmary Response and/or the Mental Health Response
    ☐ a clear statement of appeal (Back of Attachment 2)
    Return your grievance with the checked items if you wish to continue the appeal process.

# ACKNOWLEDGMENT OF GRIEVANCE

TO:         Inmate <u>Pennington, Fredrick</u>     ADC# <u>71305</u>      Unit<u> Varner Supermax</u>

FROM:     Wendy Kelley, Deputy Director

RE:         Receipt of Grievance  <u>VSM06-00839</u>

DATE:     <u>May 8, 2006</u>

Please be advised, the appeal of your grievance dated <u>4/16/06</u>
           was received in my office on this date <u>5/8/06</u>

You will receive a response from this office by        <u>6/16/06</u>

## OR

☐     This grievance is being returned to you because the time allowed for appeal has expired

☐     This grievance is being returned to you because you have not attached
        ☐ the informal resolution (Attachment 1)
        ☐ the original grievance form (Attachment 1a)
        ☐ the Warden's/Center Supervisor's Decision (Attachment 2)
        ☐ the Infirmary Response and/or the Mental Health Response
        ☐ a clear statement of appeal (Back of Attachment 2)
     Return your grievance with the checked items if you wish to continue the appeal process.

# ACKNOWLEDGMENT OF GRIEVANCE

TO:         Inmate Pennington, Fredrick      ADC# 71305        Unit Varner Supermax

FROM:     Wendy Kelley, Deputy Director

RE:         Receipt of Grievance  VSM06-00820

DATE:     May 8, 2006

Please be advised, the appeal of your grievance dated 4/12/06
              was received in my office on this date 5/8/06

You will receive a response from this office by         6/16/06

## OR

☐     This grievance is being returned to you because the time allowed for appeal has expired

☐     This grievance is being returned to you because you have not attached
              ☐ the informal resolution (Attachment 1)
              ☐ the original grievance form (Attachment 1a)
              ☐ the Warden's/Center Supervisor's Decision (Attachment 2)
              ☐ the Infirmary Response and/or the Mental Health Response
              ☐ a clear statement of appeal (Back of Attachment 2)
       Return your grievance with the checked items if you wish to continue the appeal process.

# ACKNOWLEDGMENT OF GRIEVANCE

TO:        Inmate <u>Pennington, Fredrick</u>     ADC# <u>71305</u>       Unit<u> Varner Supermax</u>

FROM:    Wendy Kelley, Deputy Director

RE:        Receipt of Grievance  <u>VSM06-00818</u>

DATE:    <u>May 8, 2006</u>

Please be advised, the appeal of your grievance dated <u>4/09/06</u>
              was received in my office on this date <u>5/8/06</u>

You will receive a response from this office by          <u>6/16/06</u>

### OR

☐   This grievance is being returned to you because the time allowed for appeal has expired

☐   This grievance is being returned to you because you have not attached
              ☐ the informal resolution (Attachment 1)
              ☐ the original grievance form (Attachment 1a)
              ☐ the Warden's/Center Supervisor's Decision (Attachment 2)
              ☐ the Infirmary Response and/or the Mental Health Response
              ☐ a clear statement of appeal (Back of Attachment 2)
      Return your grievance with the checked items if you wish to continue the appeal process.